[No. 15052-6-III.    Division Three.    April 24, 1997.]

NORINE FITZGERALD, *Appellant*, v. RONALD L.
VINCENT, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-02677-8, Richard J. Schroeder,
J., entered July 17, 1995. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Sweeney, C.J., and Brown,
J.

[No. 15154-9-III.    Division Three.    April 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
MARO ALMAGUER, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-1-00412-7, Susan L. Hahn, J.,
entered September 5, 1995. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Sweeney, C.J., and
Brown, J.

[No. 15450-5-III.    Division Three.    April 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MICHAEL WILLISTON, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry
County, No. 95-1-00038-0, Larry M. Kristianson, J.,
entered December 19, 1995. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Thompson and
Kurtz, JJ.

[No. 18313-7-II.    Division Two.    April 25, 1997.]

WASHINGTON BUILDING TACOMA ASSOCIATES,
*Respondent*, v. FRAMING TECHNOLOGIES, INC., ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-10474-5, Arthur W. Verharen, J., entered
June 3, 1994. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, C.J., and Bridgewa-
ter, J.